IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01633-BNB

ANDRE J. TWITTY,

    Plaintiff,

v.

U.S. OF AMERICA,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2007

GREGORY C. LANGHAM
                CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Andre J. Twitty, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He initiated this action by submitting to the Court *pro se* a Prisoner Complaint and an inmate trust fund account statement. The Court reviewed the documents and determined they were deficient. Therefore, on August 2, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Twitty to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The August 2, 2007, order pointed out that Mr. Twitty failed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that he failed to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing. The order warned Mr. Twitty that if he failed to cure the designated deficiencies within thirty

days, the complaint and the action would be dismissed without prejudice and without further notice. Mr. Twitty has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this _12_ day of ___Sept.___, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01633-BNB

Andre Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9-12-07

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                            Deputy Clerk